# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:11-cr-0016 |
| JAMES STEPHENS, | ) |
| Defendant. | ) |

## ORDER

**BEFORE THE COURT** is James Stephens' ("Stephens") motion to reduce sentence or for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF Nos. 460 and 466.) For the reasons stated in the accompanying Memorandum Opinion of even date, the Court will grant the motion. Accordingly, it is hereby

**ORDERED** that Stephens' motion for reduction of sentence is **GRANTED;** it is further

**ORDERED** that Stephens' sentence is reduced to time served with five years of supervised release; it is further

**ORDERED** that, as a condition of supervised release, Stephens shall be placed in home confinement through the date of his projected release, September 3, 2021, other than for medical appointments; it is further

**ORDERED** that all other conditions of the sentence imposed on September 9, 2013, shall remain in full force and effect; it is further

**ORDERED** that Stephens must undergo a 14-day period of quarantine at Coleman Low prior to his release to home confinement, to commence immediately; and it is further

**ORDERED** that the United States Bureau of Prisons ("BOP") and the United States Probation Office are instructed to work to facilitate Stephens' release from custody as soon as practicable.

**Dated:** December 28, 2020    /s/ *Robert A. Molloy*
                                **ROBERT A. MOLLOY**
                                **District Judge**